UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.  2:19-CV-14418-ROSENBERG/MAYNARD

CHARLES MOORE,

    Plaintiff,

v.

DIRECT HOLDINGS AMERICAS, INC.,

    Defendant.
_____/

**ORDER CLOSING CASE**

This cause is before the Court on Plaintiff's Notice of Voluntary Dismissal Without Prejudice at docket entry 19.  In light of the fact that this case has been dismissed, it is **ORDERED AND ADJUDGED** that:

1. All pending motions are **DENIED AS MOOT**, all hearings are **CANCELLED,** and all deadlines are **TERMINATED**.

2. The Clerk of the Court is instructed to **CLOSE THIS CASE**.

**DONE and ORDERED** in Chambers, West Palm Beach, Florida, this 7th day of January, 2020.

                                                ROBIN L. ROSENBERG
                                              UNITED STATES DISTRICT JUDGE

Copies furnished to Counsel of Record